Bigham, Englar, Jones & Houston, of New York City (C. W. Hagen, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**J. B. BLADES LUMBER COMPANY, Libelant-Appellee, v. THE Steamship EASTERN GLEN, Her Engines, etc., American South African Line, Inc., Claimant-Appellant. THE Steam Tug T. J. HOOPER, Her Engines, etc., Eastern Transportation Company, Claimant-Appellee, THE Barge NORTHERN NO. 16, Her Tackle, etc., Robert B. Wathem, Claimant-Appellee.**

**Robert B. WATHEM, Libelant-Appellee, v. THE Steamship EASTERN GLEN, Her Engines, etc., American South African Line, Inc., Claimant-Appellant, The Steam Tug T. J. Hooper, Her Engines, etc., Eastern Transportation Company, Claimant-Appellee.**

Nos. 365, 366.

Circuit Court of Appeals, Second Circuit.

May 4, 1931.

Barry, Wainwright, Thacher & Symmers, of New York City, for the steamship Eastern Glen.

Foley & Martin, of New York City, for the tug T. J. Hooper.

Bigham, Englar, Jones & Houston, of New York City (Charles W. Hagen, of New York City, of counsel), for Robert S. Wathem.

Single & Single, of New York City (Thomas H. Middleton, of New York City, of counsel), for J. B. Blades Lumber Co.

Before MANTON, ' L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**ESTATE of Robert JILL and Another, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 424.

Circuit Court of Appeals, Second Circuit.

May 21, 1931.

Wingate & Cullen, of New York City (Frank S. Easby-Smith, of Washington, D. C., and Cyrus S. Jullien, of Brooklyn, N. Y., of counsel), for petitioner.

G. A. Youngquist, Atty. Gen., and Sewall Key and John H. McEvers, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

---

**George JOHNSON, Appellant, v. UNITED STATES of America.**

No. 9132.

Circuit Court of Appeals, Eighth Circuit.

Feb. 17, 1931.

E. D. O'Sullivan and C. J. Southard, both of Omaha, Neb., for appellant.

Charles E. Sandall, U. S. Atty., and Edson Smith, Asst. U. S. Atty., both of Omaha, Neb.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 16.